JAMES J. DOUGHERTY, Respondent, v. HENRY J. CONNER DETECTIVE AGENCY, INC., Appellant, Impleaded with Others.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

ANNA MORRIS, Appellant, v. JOSEPH MORRIS, Respondent.— Order unanimously affirmed. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

FRIEDA UDKO, Appellant, v. MAX UDKO, Respondent.— Order unanimously modified by referring the matter to an official referee to decide defendant's ability to pay and to fix method of payment, if ability is shown, and as so modified affirmed, without costs. No opinion. Settle order on notice. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

MANUFACTURERS TRUST COMPANY, Respondent, v. SAMUEL RUBINTON, Appellant, Impleaded with Others.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Verified bill of particulars to be served within ten days after service of order, with notice of entry. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

SAMUEL B. PACK, Respondent, v. GLOBE & RUTGERS FIRE INSURANCE COMPANY, Appellant.— Order unanimously reversed, with twenty dollars costs and disbursements, and motion granted. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

RAO ENGINEERING COMPANY, INC., Appellant, v. THE CITY OF NEW YORK, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

DIVAN PARISIEN, INC., Respondent, v. ROSEMARY HAYWOOD, Also Known as ROSE MARIE HAYWOOD, and Others, Appellants, Impleaded with Others.— Order, so far as appealed from, unanimously reversed, with twenty dollars costs and disbursements, and the motion for an examination before trial as to items 5 and 6 denied. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

FLORENCE T. KAHNWEILER, Plaintiff, v. SAMUEL KATZENSTEIN and CLIFFORD ARCHER FURST, Defendants. In the Matter of the Application of MAURICE L. SHAINE and EDWARD C. WEINRIB, to Determine and Enforce a Lien Pursuant to Section 475 of the Judiciary Law. SHAINE & WEINRIB, Respondents; FLORENCE T. KAHNWEILER, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.